391 A.2d 695

Commonwealth v. Powell, Appellant.

625

 Sub-mitted March 15, 1978. Robert N. Tarman, First Assistant Public Defender, for appellant; Reid H. Weingarten, Deputy District Attorney, and LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissented.

SPAETH, J., dissented because the Commonwealth failed to establish the requisite intent to exercise control.

JACOBS, P. J., did not participate in the consideration or decision of this case.